JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-26-14

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED, <br><br> Plaintiff, <br><br> vs. <br><br> JANE DOE, <br><br> Defendant. | Case No. SACV 12-1996-ABC (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 2/24/2014

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE